IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRIAN LEANDERS BASS,            )
                                )
            Plaintiff,           )
                                )
     v.                          )    1:05CV00518
                                )
PRISON HEALTH SERVICES, et al., )
                                )
            Defendant.           )

## J U D G M E N T

On June 8, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this action is dismissed sua sponte without prejudice to plaintiff filing a new complaint, on the proper Section 1983 forms, which corrects the defects cited above.

August 2, 2005

United States District Judge